UNITED STATES DISTRICT COURT FOR
THE SOUTHEN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA Secretary of Labor, United States Department of Labor | : | Civil Action File No. |
| | : | 18-08389 (VB) |
| Plaintiff, | : | |
| v. | : | |
| HUDSON VIEW CARE CENTER, INC. d/b/a REGENCY EXTENDED CARE CENTER and MICHAEL MELNICKE, individually, | : | |
| Defendants. | : | |

---

## SUPPLEMENTAL JUDGMENT

Pursuant to paragraph II of the Consent Judgment entered by the Court on September 25, 2018 (Dkt. No. 10), Plaintiff hereby submits Exhibits A and B setting forth the names of Defendants' former and current employees due overtime compensation and liquidated damages, and the specific amounts of overtime compensation and liquidated damages due each employee.

DATED:   October 15, 2018
         New York, New York

KATE S. O'SCANNLAIN
Solicitor of Labor

JEFFREY S. ROGOFF
Regional Solicitor

/s/ Susan Jacobs
SUSAN B. JACOBS
Senior Trial Attorney

U.S. Department of Labor,
Attorneys for Plaintiff.

SO ORDERED:

VB  (USDJ)
10/17/18

Clerk shall terminate the motion (Doc # 11)

POST OFFICE ADDRESS:

Jeffrey S. Rogoff
Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 646-264-3664; Fax: 646-264-3660
Email: Jacobs.Susan@dol.gov

# EXHIBIT A

| First Name | Last Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| DENEISHA | ADDISON | $ 99.64 | $ 99.64 | $ 199.28 |
| PATRICIA | ADDISON | $ 180.84 | $ 180.84 | $ 361.68 |
| CHRISTY | AKANNI | $ 571.56 | $ 571.56 | $ 1,143.12 |
| ADEBAYO | AKINOLA | $ 1,075.94 | $ 1,075.94 | $ 2,151.88 |
| CHARLOTTE | ALLEN | $ 2,899.48 | $ 2,899.48 | $ 5,798.96 |
| ANGELA | AMOAKO | $ 2,138.06 | $ 2,138.06 | $ 4,276.12 |
| CASSANDRA | ANDERSON | $ 2,184.80 | $ 2,184.80 | $ 4,369.60 |
| PRISCILLA | ANTOH | $ 1,293.74 | $ 1,293.74 | $ 2,587.48 |
| VERONA | BARRETT | $ 1,045.53 | $ 1,045.53 | $ 2,091.06 |
| WILNA | BONTE (Lodvil) | $ 1,434.60 | $ 1,434.60 | $ 2,869.20 |
| MYRTLE | BRITTON | $ 2,173.11 | $ 2,173.11 | $ 4,346.22 |
| JENNIFER | BROWN | $ 3,823.07 | $ 3,823.07 | $ 7,646.14 |
| STEPHANIE | CARR | $ 205.85 | $ 205.85 | $ 411.70 |
| HELENA | CONFEITEIRO | $ 15,694.01 | $ 15,694.01 | $ 31,388.02 |
| BROOKE | CRAWFORD | $ 214.88 | $ 214.88 | $ 429.76 |
| CHARMAINE | CRUZ | $ 5,210.80 | $ 5,210.80 | $ 10,421.60 |
| MARGARET | DALEY | $ 91.54 | $ 91.54 | $ 183.08 |
| SABINE | DAMEUS | $ 96.55 | $ 96.55 | $ 193.10 |
| EBONY | DAVIS | $ 389.07 | $ 389.07 | $ 778.14 |
| NICOLE | DAVIS | $ 1,478.28 | $ 1,478.28 | $ 2,956.56 |
| MARJORIE | DAYE | $ 397.17 | $ 397.17 | $ 794.34 |
| MARIA | DE GRACIA | $ 145.38 | $ 145.38 | $ 290.76 |
| ANDRENE | DOLPHY | $ 128.58 | $ 128.58 | $ 257.16 |
| DIANNE | FRECKLETON | $ 1,349.17 | $ 1,349.17 | $ 2,698.34 |
| HILARION | GABRIEL | $ 1,066.24 | $ 1,066.24 | $ 2,132.48 |
| RITA | GADAHAR | $ 438.28 | $ 438.28 | $ 876.56 |
| PAULETTE | GRAHAM | $ 11,836.56 | $ 11,836.56 | $ 23,673.12 |
| CORALEE | GREEN | $ 5,452.37 | $ 5,452.37 | $ 10,904.74 |
| PAULETTE | GUEST | $ 168.02 | $ 168.02 | $ 336.04 |
| DERBY | GUILLAUME | $ 3,323.67 | $ 3,323.67 | $ 6,647.34 |
| EPEFANIA | HALL | $ 182.55 | $ 182.55 | $ 365.10 |
| CAROL | HARRIOT | $ 4,295.05 | $ 4,295.05 | $ 8,590.10 |
| LORRAINE | HUGIE | $ 1,600.69 | $ 1,600.69 | $ 3,201.38 |
| LILA | JEANTY | $ 1,772.23 | $ 1,772.23 | $ 3,544.46 |
| DOROTHY | JOHNSON-PEARSON | $ 418.74 | $ 418.74 | $ 837.48 |
| MOXON | JOHNSON-SILVERA | $ 4,931.13 | $ 4,931.13 | $ 9,862.26 |

| First Name | Last Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| MARIAMA | KAMARA | $ 579.52 | $ 579.52 | $ 1,159.04 |
| PAMELA | KARGBO | $ 188.97 | $ 188.97 | $ 377.94 |
| BOSOMPIM | KUSI | $ 1,088.28 | $ 1,088.28 | $ 2,176.56 |
| G | LEGER-LUCTAMAR | $ 1,901.67 | $ 1,901.67 | $ 3,803.34 |
| LORNA | LILLY | $ 551.78 | $ 551.78 | $ 1,103.56 |
| IRIS | LOUIS | $ 296.36 | $ 296.36 | $ 592.72 |
| ANGELIA | MARSH | $ 461.89 | $ 461.89 | $ 923.78 |
| PETRINA | MCCRAY | $ 544.67 | $ 544.67 | $ 1,089.34 |
| JOYCE | MCFADDEN | $ 237.32 | $ 237.32 | $ 474.64 |
| AUDREY | MCKINSON-REID | $ 2,091.53 | $ 2,091.53 | $ 4,183.06 |
| MONIQUE | MERTELUS | $ 166.82 | $ 166.82 | $ 333.64 |
| MARIEL | MONJE | $ 1,445.62 | $ 1,445.62 | $ 2,891.24 |
| MAUREEN | PATRICK | $ 1,886.27 | $ 1,886.27 | $ 3,772.54 |
| ZORAIDA | PELLICER | $ 1,161.74 | $ 1,161.74 | $ 2,323.48 |
| ZAHIDA | PERVEEN | $ 2,417.27 | $ 2,417.27 | $ 4,834.54 |
| ROSE | PIERRE | $ 2,624.65 | $ 2,624.65 | $ 5,249.30 |
| JESUSLA | POLO | $ 510.29 | $ 510.29 | $ 1,020.58 |
| ROSEMARIE | QUIAMBAO | $ 4,112.69 | $ 4,112.69 | $ 8,225.38 |
| ELVIRA | REGISTE | $ 226.96 | $ 226.96 | $ 453.92 |
| ANGILEETH | ROBINSON | $ 4,630.68 | $ 4,630.68 | $ 9,261.36 |
| DENISE | ROMERO | $ 307.88 | $ 307.88 | $ 615.76 |
| JUAN | SANTANA | $ 32,083.99 | $ 32,083.99 | $ 64,167.98 |
| JOSEPHINE | SIEH | $ 1,583.30 | $ 1,583.30 | $ 3,166.60 |
| JACQUELINE | SMITH | $ 368.96 | $ 368.96 | $ 737.92 |
| JULIET | SOWKEY | $ 165.29 | $ 165.29 | $ 330.58 |
| NADIRA | SOWKEY | $ 1,231.74 | $ 1,231.74 | $ 2,463.48 |
| THERESA | SZKOLNICKI | $ 3,215.20 | $ 3,215.20 | $ 6,430.40 |
| PRINCE | TAWIAH-AGGOR | $ 938.12 | $ 938.12 | $ 1,876.24 |
| MARILYN | TRAUB | $ 1,411.30 | $ 1,411.30 | $ 2,822.60 |
| JIVENA | VEUS | $ 1,481.47 | $ 1,481.47 | $ 2,962.94 |
| CHRISTINE | WALKER | $ 864.11 | $ 864.11 | $ 1,728.22 |
| ISOLA | WALKER | $ 3,046.72 | $ 3,046.72 | $ 6,093.44 |
| KAREN | WALKER | $ 163.63 | $ 163.63 | $ 327.26 |
| CESELYN | WEBSTER | $ 114.38 | $ 114.38 | $ 228.76 |
| DION | WILKERSON | $ 43.57 | $ 43.57 | $ 87.14 |
| JINDAWAN | WONGWIWAT | $ 6,526.85 | $ 6,526.85 | $ 13,053.70 |

# EXHIBIT B

| First Name | Last Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| ADELAIDE | BREFO | $ 51.24 | $ 51.24 | $ 102.48 |
| ANDREA | JONES | $ 545.17 | $ 545.17 | $ 1,090.34 |
| ANECIA | MANAIZA | $ 12,478.66 | $ 12,478.66 | $ 24,957.32 |
| ARIAGNA | ANTIGUA | $ 712.37 | $ 712.37 | $ 1,424.74 |
| BARAK | HATCH | $ 330.88 | $ 330.88 | $ 661.76 |
| SAKIB | HUMU | $ 493.72 | $ 493.72 | $ 987.44 |
| IVAN | VVUBYA | $ 184.21 | $ 184.21 | $ 368.42 |
| NANCY | KODUA | $ 5,474.23 | $ 5,474.23 | $ 10,948.46 |
| NWEGO | OSITA-NWAOHUOCHA | $ 1,750.85 | $ 1,750.85 | $ 3,501.70 |
| TOTAL | | $ 182,500.00 | $ 182,500.00 | $ 365,000.00 |